**FILED**

JUN 1 4 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR 148-WHA |
| | ) | [21 USC 846; |
| JEREMY J. MORGAN, | ) | 21 USC 841(a)(1)]; |
| CHRISTOPHER S. RAMIREZ, and | ) | |
| BENJAMIN L. VANBUREN | ) | INDICTMENT |
| | ) | |

The Grand Jury charges:

## COUNT 1

From an unknown date to on or about December 19, 2005, in the Middle District of

Alabama, and elsewhere,

JEREMY J. MORGAN,
CHRISTOPHER S. RAMIREZ, and
BENJAMIN L. VANBUREN,

defendants herein, did knowingly and willfully combine, conspire, confederate and agree

together and with other persons known and unknown to the Grand Jury to knowingly and

intentionally distribute and possess with intent to distribute approximately 50 or more

grams of methamphetamine; and more than 500 grams of a mixture and substance

containing a detectible amount of methamphetamine, Schedule II Controlled Substances,

in violation of Title 21, United States Code, Section 841(a)(1).  All in violation of Title 21,

United States Code, Section 846.

## COUNT 2

On or about November 15, 2005, the exact date being unknown to the Grand Jury,

in the Middle District of Alabama, and elsewhere,

JEREMY J. MORGAN, and
CHRISTOPHER S. RAMIREZ,

defendants herein, and others both known and unknown to the grand jury, did knowingly

and intentionally distribute approximately 5.9 grams of methamphetamine, a Schedule II

Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 3

On or about December 16, 2005, the exact date being unknown to the Grand Jury,

in the Middle District of Alabama, and elsewhere,

### JEREMY J. MORGAN,

defendant herein, and others both known and unknown to the grand jury, did knowingly

and intentionally distribute approximately 3.1 grams of methamphetamine, a Schedule II

Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 4

On or about December 19, 2005, the exact date being unknown to the Grand Jury,

in the Middle District of Alabama, and elsewhere,

### JEREMY J. MORGAN,

defendant herein, and others both known and unknown to the grand jury, did knowingly

and intentionally possess with intent to distribute approximately 23.0 grams of

methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United

States Code, Section 841(a)(1).

### COUNT 5

On or about December 19, 2005, the exact date being unknown to the Grand Jury,

in the Middle District of Alabama, and elsewhere,

### CHRISTOPHER S. RAMIREZ,
### BENJAMIN L. VANBUREN,

defendants herein, and others both known and unknown to the grand jury, did knowingly

and intentionally possess with intent to distribute approximately 36.6 grams of

methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 6

On or about December 19, 2005, the exact date being unknown to the Grand Jury, in the Middle District of Alabama, and elsewhere,

### BENJAMIN L. VANBUREN,

defendant herein, defendant herein, knowingly used, carried and possessed a firearm, namely, a Kel-Tec., 9mm, semiautomatic pistol, Serial Number 131305, during and in relation to, and in furtherance of, a drug trafficking crime as set forth in Counts 1 and 5 above and which allegation the Grand Jury reallege and incorporate by reference herein, for which he may be prosecuted in a Court of the United States, that is possession with intent to distribute methamphetamine, and conspiracy to possess with intent to distribute methamphetamine, in violation of Title 18, United States Code, Section 924(c)(1)..

A TRUE BILL:

_Janice Davis Williams_
Foreperson

_Leura G. Canary_
LEURA G. CANARY
United States Attorney

_Terry F. Moorer_
Terry F. Moorer
Assistant United States Attorney