# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

JEREMY J. MORGAN

**WARRANT FOR ARREST**

Case Number: 2:06CR148-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JEREMY J. MORGAN__
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

**Distribution and Possession w/Intent to Distribute Methamphetamine (1 count)**
**Distribution of Methamphetamine (3 counts)**

in violation of Title __21__ United States Code, Section(s) __846; 841(a)(1)__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK OF COURT__
Title of Issuing Officer

Signature of Issuing Officer - DEPUTY CLERK

__June 16, 2006__
DATE

__MONTGOMERY, ALABAMA__
Date and Location

Bail fixed at $ __to be set at initial appearance__   BY __U.S. MAGISTRATE JUDGE__
                                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |