UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.   2:06cr148-WHA |
| ) | |
| JEREMY J. MORGAN ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an indictment against JEREMY J. MORGAN, now in custody of the Montgomery County Jail, Montgomery, AL, and that said cause is set for arraignment at 10:00 am on June 28, 2006, before this Honorable Court to be held at Montgomery, Alabama.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Montgomery County Jail, Montgomery, AL, commanding them to deliver said prisoner, JEREMY J. MORGAN, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama.

Respectfully submitted this 19th day of June, 2006.

s/Terry F. Moorer
TERRY F. MOORER   ASB-1176-O73T
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov