UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr148-WHA |
| | ) | |
| JEREMY J. MORGAN | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc. # 6), filed June 19, 2006, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby GRANTED. It is, therefore, ORDERED that the Clerk of this Court be and he is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Montgomery County Jail, Montgomery, AL, commanding them to deliver the said prisoner, JEREMY J. MORGAN, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10:00 am on June 28, 2006, and to return said prisoner, to said official when the Court has finished with him.

DONE this the 20th day of June, 2006.

/s/ Susan Russ Walker
UNITED STATES MAGISTRATE JUDGE