IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 2:06CR148-WHA |
| | ) | |
| JEREMY L. MORGAN | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN AND/OR KEEPER OF THE  **MONTGOMERY COUNTY JAIL**

and                                               AT **MONTGOMERY, AL**

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of **JEREMY L. MORGAN**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of **Montgomery** on **June 28, 2006** at **10:00 a.m.**, to answer charges pending in said court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT

DONE, this the 20th day of June, 2006.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: _____
DEPUTY CLERK

RECEIVED 2006 JUN 20 A 24 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

RETURNED AND FILED
JUN 2 2 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

6/20/06 Not in custody at Montgomery Co Jail. Returned unexecuted.
D. Brewer