**COURTROOM DEPUTY MINUTES**  DATE: **June 26, 2006**
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: **10:19 - 10:29**

- √ **INITIAL APPEARANCE**
- ❐ **DETENTION HEARING**
- ❐ **REMOVAL HEARING (R.40)**
- ❐ **ARRAIGNMENT**
- ❐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ❐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON  **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06cr148-WHA  **DEFT. NAME:** JEREMY J. MORGAN

**USA:** Terry Moorer  **ATTY:** Kevin Butler (for IA only due to conflict)

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:** Tamara Martin

Defendant _____ does √ does NOT need an interpreter; NAME _____

---

- √ Kars.  Date of Arrest **6/26/06**   or  ❐ karsr40
- √ kia.  Deft. First Appearance. Advised of rights/charges. ❐Pro/Sup Rel Violator
- √ Finaff.  Financial Affidavit executed ❐ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel.
- koappted  **ORAL ORDER** appointing Federal Defender **for this proceeding only**.
- ❐20appt.  Panel Attorney Appointed; √ to be appointed - prepare voucher once FD notifies clerk of atty
- ❐  Deft. Advises he will retain counsel. Has retained _____
- ❐  Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❐ To be followed by written motion;
- ❐  Government's **WRITTEN** Motion for Detention Hrg. filed.
- √  **DETENTION HRG** ❐ held; √ **may be** set for **6/23/06 along with co-defendant**; ❐ **Prelim. Hrg** ❐ Set for _____
- ❐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ❐kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- ❐ kocondrls.  Release order entered. ❐ Deft. advised of conditions of release.
- ❐kbnd.  ❐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
- ❐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ❐ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ❐ ko.  Deft. **ORDERED REMOVED** to originating district
- ❐ kwvprl.  Waiver of ❐ Preliminary hearing; ❐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ❐  Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ❐ Karr.  **ARRAIGNMENT** SET FOR: _____ **HELD**. Plea of **NOT GUILTY** entered.
  Trial Term _____ ; **PRETRIAL CONFERENCE DATE:** _____
  **DISCOVERY DISCLOSURES DATE:** _____
- ❐ Krmknn.  **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ❐ krmvhrg.  Identity/Removal Hearing set for _____
- ❐ Kwvspt  **Waiver of Speedy Trial Act Rights Executed**.