| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

☐ INITIAL APPEARANCE  **DATE: June 30, 2006**
☐ BOND HEARING
√ DETENTION HEARING  **Digital Recording 10:00 - 10:48**
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr148-WHA  **DEFENDANT NAME:** Jeremy J. Morgan
**AUSA:** David Cooke  **DEFENDANT COUNSEL:** Bill Blanchard
    Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
**USPO/USPTS:** Tamara Martin
Interpreter needed: ( √ ) NO; ( )YES  Name:

---

| | |
|---|---|
| ☐ | Date of Arrest or ☐ Arrest Rule 40 |
| ☐ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ☐ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing √ held; ☐ set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered. Deft advised of conditions of release |
| ☐ | ☐ BOND EXECUTED (M/D AL charges) $. Deft released |
|   | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ☐Set for  DISCOVERY DISCLOSURE DATE: |
| √ | WAIVER of Speedy Trial executed.  CRIMINAL TERM: 10/24/06 |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |

**PROCEEDINGS:**

| | |
|---|---|
| **10:00 a.m.** | **Court convenes.** |
| | **Mr. Blanchard's direct examination. (Ingram)** |
| **10:14 a.m.** | **Government's cross examination (Ingram)** |
| **10:15 a.m.** | **Mr. Blanchard's redirect examination. (Ingram)** |
| **10:17 a.m.** | **Mr. Blanchard's direct examination. (Morgan)** |
| **10:22 a.m.** | **Government's cross examination. (Morgan)** |
| | **Defendant rests.** |
| **10:26 a.m.** | **Government's direct examination. (Hurst)** |
| **10:28 a.m.** | **Court's questions to witness. (Hurst)** |
| **10:29 a.m.** | **Mr. Blanchard's cross examination. (Hurst)** |
| **10:34 a.m.** | **Government's direct examination. (Martin)** |
| **10:35 a.m.** | **Court's questions to witness. (Martin)** |
| **10:37 a.m.** | **Mr. Blanchard's cross examination. (Martin)** |
| **10:41 a.m.** | **Government rests.** |
| | **Mr. Blanchard's oral arguments.** |
| **10:43 a.m.** | **Government's oral arguments.** |
| **10:44 a.m.** | **Court statements to defendant.** |
| | **Court will detain defendant pending trial in this case.** |
| **10:45 a.m.** | **Defendant arraigned - Not Guilty Plea** |
| | **Waiver of speedy trial executed. Case to be set on 10/24/06 Cr Term.** |
| | **Government has no objections to setting case on 10/24/06 Cr Term.** |
| | **Discovery has been provided.** |
| **10:48 a.m.** | **Court recessed.** |