IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA  *
                          *
VS.                       *      2:06cr148-WHA
                          *
JEREMY J. MORGAN          *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. John Hurst | 1. Robert Ingram |
| 2. Tamara Martin | 2. Jeremy Morgan |