**COURTROOM DEPUTY'S MINUTES**                **DATE: July 17, 2006**

**MIDDLE DISTRICT OF ALABAMA**                **Digital Recording: 3:31 - 3:33**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Susan Russ Walker**        **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr148-WHA**        **DEFENDANT(S)  Jeremy J. Morgan, Christopher S. Ramirez**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Terry Moorer | * Bill Blanchard (Morgan) | |
| | * Donnie Bethel (Ramirez) | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**
   **Complete**

❒ **PENDING MOTION STATUS:**

❒ **PLEA STATUS:**
   **Morgan - possible plea discussions**
   **Ramirez - waiting on proffer**
   **Plea notice to be filed on or before noon October 12, 2006**

❒ **TRIAL STATUS**
   **Trial time - 2-3 days**

❒ **REMARKS:**