| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** September 25, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:24 - 3:28 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr148-WHA     **DEFENDANT(S)** | Jeremy J. Morgan, Christopher S. Ramirez, Benjamin L. Vanburen |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry Moorer | * | |
| | * | Bill Blanchard - Morgan |
| | * | Jennifer Hart standing in for Donnie Bethel - Ramirez |
| | * | Jeff Duffey - Vanburen |
| | * | |

☐ **DISCOVERY STATUS:**
   Complete

☐ **PENDING MOTION STATUS:**
   Defendant Vanburen motion to suppress

☐ **PLEA STATUS:**
   Morgan - waiting on plea agreement
   Ramirez - plea
   Vanburen - possible plea on drug count and trial on gun count
   Notice of intent to change plea to be filed on or before noon on October11 2006

☐ **TRIAL STATUS**
   Trial time - 2 days

☐ **REMARKS:**
   Motion to continue to be filed by Vanburen