IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 2:06cr148-WHA |
| | ) | |
| | ) | |
| JEREMY J. MORGAN | ) | |

## MOTION TO CONTINUE CHANGE OF PLEA HEARING

**COMES NOW** the Defendant, **JEREMY J. MORGAN**, by and through counsel of record, and shows unto this Honorable Court as follows:

1. Undersigned counsel for the Defendant filed a notice of intent to change the Defendant's plea on October 4, 2004, one week ahead of the deadline. This case is on the October 24th trial docket.

2. On the morning of October 5, 2006, undersigned counsel for the Defendant received an e-notice stating that the change of plea hearing would take place before the Honorable Susan Russ Walker at 4:00 p.m. on October 6, 2006.

3. Undersigned counsel for Defendant Morgan will be out of town from approximately 3:00 p.m. on today, Thursday, October 05, 2006, until the morning of Monday, October 9, 2006.

**WHEREFORE**, Defendant Jeremy Morgan moves for an Order continuing his change of plea to the next available docket.

Respectfully submitted this the 5th day of October 2006.

                                            s/ William R. Blanchard
                                            WILLIAM R. BLANCHARD
                                            Attorney for the Defendant
                                            BLANCHARD LAW OFFICES
                                            505 South Perry Street
                                            Post Office Box 746
                                            Montgomery, Alabama 36101-0746
                                            (334) 269-9691

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 2:06cr148-WHA |
| | ) | |
| | ) | |
| JEREMY J. MORGAN | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on October 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Terry Moorer, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

    Respectfully submitted,

    s/ William R. Blanchard
    BLANCHARD LAW OFFICES
    505 South Perry Street
    Post Office Box 746
    Montgomery, Alabama 36101-0746
    Office: (334) 269-9691
    Fax:    (334) 263-4766
    (BLA029)