IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr148-WHA |
| | ) | |
| JEREMY J. MORGAN | ) | |

## **ORDER ON MOTION**

Upon consideration of defendant's October 5, 2006 motion to continue change of plea hearing (Doc #57), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED. The change of plea hearing previously set for October 6, 2006 is hereby **rescheduled** to **October 10, 2006 at 3:00 p.m.** before the undersigned Magistrate Judge in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 5th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE