| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: October 10, 2006 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 3:00 - 3:15 | |
| | COURT REPORTER: Mitchell Reisner | |

☐ **ARRAIGNMENT**  √ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr148-WHA   **DEFENDANT NAME:** Jeremy J. Morgan
**AUSA:** Terry Moorer   **DEFENDANT ATTORNEY:** Bill Blanchard

Type counsel ( )Waived; ( )Retained; ( √ )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Jeffrey Lee
Interpreter present? ( √ )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**  ☐ **Not Guilty**
  √ **Guilty as to:**
    √ **Count(s):**  1
    √ **Count(s):**  2, 3 & 4   ☐ dismissed on oral motion of USA
        √ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment.
☐ **CRIMINAL TERM:**   ☐ **WAIVER OF SPEEDY TRIAL** filed.
    **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
    ☐ Trial on _____; ☐ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
        ☐ Defendant requests time to secure new counsel