# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | January 4, 2007 | AT: | 11:11 a.m. |
| DATE COMPLETED: | January 4, 2007 | AT: | 11:20 a.m. |

UNITED STATES OF AMERICA    )
                            )
vs.                         )   CR. No. 2:06cr148-WHA
                            )
JEREMY J. MORGAN            )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Clark Morris | William R. Blanchard |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Jeff Lee, USPO |
| Elna Behrman, Courtroom Deputy | Lisa Harden, Law Clerk |

## COURTROOM PROCEEDINGS

(X)   **SENTENCING HEARING**

Parties have reviewed the presentence report.
Court orally GRANTS the Government's Motion for Reduction (Doc. #80).
Defendant withdraws his objection to the presentence report.
Court adopts the factual statements contained in the presentence report.
Government argues its Motion for Downward Departure (Doc. #89).
Court orally GRANTS the motion.
Sentence is stated.
No objection to the statement of sentence.
Sentence is ORDERED imposed as stated.
Government orally moves to dismiss Counts 2, 3 and 4 of the Indictment.
Court orally GRANTS the motion, and Counts 2, 3 and 4 of the Indictment are DISMISSED.
Government orally withdraws the Motion for Downward Departure (Doc. #79).
Defendant waives his right of appeal.
Defendant is recommitted to the custody of the U. S. Marshal.