IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR NO. 2:06-cr-148-WHA |
| | ) | |
| JEREMY J. MORGAN | ) | |
| CHRISTOPHER S. RAMIREZ | ) | |
| BENJAMIN L. VANBUREN | ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Stephen P. Feaga, Sr., as counsel of record for the United States of America in this matter in place of former Assistant United States Attorney Terry F. Moorer.

Respectfully submitted this the 17th of January, 2007.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Stephen P. Feaga, Sr.
STEPHEN P. FEAGA, SR.
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
steve.feaga@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR NO. 2:06-cr-148-WHA |
| ) | |
| JEREMY J. MORGAN ) | |
| CHRISTOPHER S. RAMIREZ ) | |
| BENJAMIN L. VANBUREN ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Stephen P. Feaga, Sr.
    STEPHEN P. FEAGA, SR.
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7135 fax
    steve.feaga@usdoj.gov