✎AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

JEREMY J. MORGAN

| Case No. | 2:06cr148-WHA-01 |
|---|---|
| USM No. | 11974-002 |

Carly Wilkins
Defendant's Attorney

## THE DEFENDANT:

X    admitted guilt to violation of condition(s)        1-5 of the amended petition    of the term of supervision.

☐    was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from committing another federal, state or local crime | 7/23/2013 |
| 2 | Failure to notify probation officer of contact with law enforcement | 7/12/2013 |
| 3 | Associating with person/convicted felon who was engaged in criminal activity | 7/12/2013 |
| 4 | Failure to refrain from committing another federal, state or local crime | 10/30/2013 |
| 5 | Failure to refrain from committing another federal, state or local crime | 11/6/2013 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✔ Violation #6 is dismissed on oral motion of the Government.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's  Soc. Sec. No.:    1659

Defendant's Year of Birth:    1981

City and State of Defendant's Residence:
Montgomery, AL

April 10, 2014
Date of Imposition of Judgment

/s/ W. Harold Albritton
Signature of Judge

W. Harold Albritton, Senior U. S. District Judge
Name and Title of Judge

April 10, 2014
Date

AO 245D     (Rev. 12/07) Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:          JEREMY J. MORGAN
CASE NUMBER:        2:06cr148-WHA-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of : **57 months, with no supervision to follow.**  The sentence is to be served concurrently to the sentences imposed in the following cases: Autauga County Circuit Court, Case No. CC 2012-308; Montgomery County Circuit Court, Case No. CC 2013-1219; and Elmore County Circuit Court, Case No. CC-14-52.  It is ORDERED that the term of supervised release imposed on January 4, 2007, is REVOKED.  The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 57 months.

☐   The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL